IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


LEE ANN CARTWRIGHT, et al.    )
                      )
v.                       ) NO.  3-11-0655
                      ) JUDGE CAMPBELL
PINNACLE NATIONAL BANK    )


ORDER


    Pending before the Court is a Joint Motion to Consolidate Cases for Pretrial Proceedings

(Docket No. 39).  The Motion is referred to the Magistrate Judge for decision.

    IT IS SO ORDERED.


                                     _____
                                     TODD J. CAMPBELL
                                     UNITED STATES DISTRICT JUDGE