IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LEE ANN CARTWRIGHT, et al.    )
                              )
v.                            ) NO. 3-11-0655
                              ) JUDGE CAMPBELL
PINNACLE NATIONAL BANK        )

ORDER

Pending before the Court is Third Party Defendant's Motion for Leave to File a Reply to Pinnacle's Response to Myers' Motion to Dismiss (Docket No. 41). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE