UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEE ANN CARTWRIGHT and ) <br> DAWN WOMACK, as Co-Trustee of the ) <br> DAVID CARTWRIGHT FAMILY TRUST ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PINNACLE NATIONAL BANK, ) <br>     Defendants. ) <br> ) <br> v ) <br> ) <br> ANTHONY MYERS, et al. ) <br>     Third Party Defendants. ) | No. 3:11-0655 <br> Judge Campbell/Brown |

O R D E R

This case has been referred to the Magistrate Judge for decision on the pending motion to consolidate this case with Cartwright v Myers, 3:11-cv-1032. An Initial Case Management conference was held January 19, 2012 and counsel for both cases participated. Accordingly, this motion (Docket Entry 39) is granted and the Clerk is directed to consolidate this case with 3:11-cv-1032 Cartwright v. Myers for purposes of discovery and other pretrial matters.

A telephone conference is set for **Thursday, February 9, 2012 at 2:00 p.m.** to discuss a consolidated scheduling order. Parties shall dial **615-695-2851** to join the call.

/S/ Joe B. Brown
JOE B. BROWN
U.S. Magistrate Judge